IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RORY D. MOORE and LAYMON KARL
SORREY,

       Plaintiffs,
vs.                                 CASE NO. 5:09cv329/RS-MD

FAMILY DOLLAR TRUCKING, INC.,

       Defendant.
_____/

## ORDER

The relief requested by the Joint Motion To Extend Discovery And Dispositive Motion Deadlines By Two Weeks (Doc. 51) is **granted**.

**ORDERED** on April 12, 2010.

                                       /S/ Richard Smoak
                                       **RICHARD SMOAK**
                                       **UNITED STATES DISTRICT JUDGE**