IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RORY D. MOORE and LAYMON KARL
SORREY,

       Plaintiffs,
vs.                                                                                         CASE NO. 5:09cv329/RS-MD

FAMILY DOLLAR TRUCKING, INC.,

       Defendant.
_____/

## ORDER

Before me is Plaintiffs' Unopposed Motion To Extend Deadline For Response To Summary Judgment And Trial Date (Doc. 70).

**IT IS ORDERED:**

1. Plaintiffs' responses to Defendant's Motion For Summary Judgment shall be filed not later than July 9, 2010.

2. Plaintiffs' motion to continue the trial date is denied.

**ORDERED** on June 14, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**