# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RORY D. MOORE and LAYMON KARL SOREY,**

    Plaintiffs,

vs.                                               **CASE NO. 5:09cv329/RS-MD**

**FAMILY DOLLAR TRUCKING, INC.,**

    Defendant.

_____/

## ORDER

The pretrial conference scheduled on July 23, 2010, is cancelled.

**ORDERED** on July 22, 2010.

                                        **/s/ Richard Smoak**
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**